IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| THE JAMES SKINNER CO., a Nebraska corporation;<br><br>Plaintiff,<br><br>vs.<br><br>ALL FOOD EQUIPMENT, LLC, a Tennessee limited liability company; and BAKERY TECHNOLOGY ENTERPRISES, LLC, a New Mexico limited liability company;<br><br>Defendants. | 8:20-CV-316<br><br>**JUDGMENT** |

In accordance with the accompanying Memorandum and Order of this date.

IT IS ORDERED:

1. Defendants' Motion to Dismiss (Filing 13) is granted; and

2. This case is terminated.

Dated this 29th day of December, 2020.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge

1